UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA



FILED
U S DIST COURT
M            LA

2008 FEB -7  P 2: 30

DEBORAH O'NEAL

VERSUS

MICHEL J. ASTRUE, COMMISSIONER
OF SOCIAL SECURITY

CIVIL ACTION

NO. 07-26-JJB

### RULING AND ORDER

The court has carefully considered the record, the law applicable to this action, and the Report and Recommendation of United States Magistrate Judge Christine Noland, dated January 17, 2007 (doc. no. 21). The government has no opposition (doc. 20).

The report and recommendation is hereby APPROVED and adopted as the court's reasons herein. Accordingly;

IT IS ORDERED that plaintiff's motion (doc. 19) for attorney's fees be GRANTED and that plaintiff be awarded $2,500 in attorney's fees.

Baton Rouge, Louisiana, <u>February 7, 2007</u>.

JAMES J. BRADY, JUDGE
MIDDLE DISTRICT OF LOUISIANA